```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 13252
   SCOTT R FURLANO
   BONNIE J FURLANO                         CHAPTER 13

                                            JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-0475    SSN XXX-XX-9231


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/17/06 and confirmed on 12/22/06.

   2.  The case was dismissed after confirmation, 09/06/2007.

   3.  The Debtor paid a total of $   8883.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | 38448.88 | .00 | 3211.29 |
| ROSWELL PROPERTIES LLC L | SECURED | 20000.00 | 807.64 | 4541.74 |
| AFNI INSURANCE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HILCO RECEIVABLES LLC | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED IMAGING SPECI | UNSECURED | NOT FILED | .00 | .00 |
| BANKCARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BIEHL & BIEHL | UNSECURED | NOT FILED | .00 | .00 |
| CARPENTERSVILLE FIRE DEP | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CRAIG & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CROSS CHECK | UNSECURED | NOT FILED | .00 | .00 |
| EMERGE MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | 12163.28 | .00 | .00 |
| FIRST NATIONAL BANK OF O | UNSECURED | NOT FILED | .00 | .00 |
| FREEDMAN ANSELMO LINDBER | UNSECURED | NOT FILED | .00 | .00 |
| CC SERVICE LIMITED PARTN | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| B LINE LLC | UNSECURED | 3337.71 | .00 | .00 |
| GOOD SHEPHERD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GREATER ELGIN EMERGENCY | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |

```
MEDICAL RECOVERY SPECIAL   UNSECURED         NOT FILED              .00           .00
MIDWEST DIAG PATHOLOGIST   UNSECURED         NOT FILED              .00           .00
MIDWEST DIAG PATHOLOGIST   UNSECURED         NOT FILED              .00           .00
NATIONAL ACTION FIN SRV    UNSECURED         NOT FILED              .00           .00
NAVISTAR FINANCIAL         UNSECURED          3225.86               .00           .00
NICOR GAS                  UNSECURED           968.89               .00           .00
NORTHSHORE AGENCY          UNSECURED         NOT FILED              .00           .00
NORTH SUBURBAN PEDIATRIC   UNSECURED         NOT FILED              .00           .00
NW SUBURBAN IMAGING CONS   UNSECURED         NOT FILED              .00           .00
OLD NAVY                   UNSECURED         NOT FILED              .00           .00
PATRICK CONNOR MD          UNSECURED         NOT FILED              .00           .00
PELLETTIERI & ASSOC        UNSECURED         NOT FILED              .00           .00
RADIOLOGY CENTER SC        UNSECURED         NOT FILED              .00           .00
REVENUE PRODUCTION MANAG   UNSECURED         NOT FILED              .00           .00
SCHOLASTIC                 UNSECURED         NOT FILED              .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED          2303.54               .00           .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED         NOT FILED              .00           .00
SHERMAN HOSPITAL           UNSECURED         NOT FILED              .00           .00
SPRINT NEXTEL              UNSECURED          1144.28               .00           .00
SUBURBAN EMERGENCY PHYSI   UNSECURED         NOT FILED              .00           .00
SUNRISE CREDIT SERVICE     UNSECURED         NOT FILED              .00           .00
THE PEDIATRIC FACULITY I   UNSECURED         NOT FILED              .00           .00
THIADA MAW MD              UNSECURED         NOT FILED              .00           .00
TRANSWORLD SYSTEMS INC     UNSECURED         NOT FILED              .00           .00
TRI COUNTY EMERGENCY PHY   UNSECURED         NOT FILED              .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED          6375.91               .00           .00
VAN RU CREDIT              UNSECURED         NOT FILED              .00           .00
WELLINGTON RADILOGY GROU   UNSECURED         NOT FILED              .00           .00
WORLD FINANCIAL NTWRK NA   UNSECURED         NOT FILED              .00           .00
XELCO COLLECTION SERVICE   UNSECURED         NOT FILED              .00           .00
PELLETTIERI & ASSOC        UNSECURED         NOT FILED              .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED          2108.66               .00           .00
ROSWELL PROPERTIES LLC L   UNSECURED         11711.78               .00           .00
SPRINT NEXTEL              UNSECURED          2104.71               .00           .00
TARGET NATIONAL BANK       UNSECURED          4346.48               .00           .00
US BANK                    UNSECURED           293.14               .00           .00
------------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                  PAID           PAID
------------------------------------------------------------------------------------

     Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  58448.88        .00     50084.24          .00      108533.12
PRINCIPAL PAID       7753.03        .00          .00          .00        7753.03
INTEREST PAID         807.64        .00          .00          .00         807.64
TOTAL PAID           8560.67        .00          .00          .00        8560.67
```

The Debtor's attorney, COSTELLO & COSTELLO          , was allowed $       .00
and was paid $       .00 .

The Trustee received $      322.33 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 12/18/07                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```